# In the United States Court of Federal Claims

No. 19-854 L
Filed: February 16, 2021

|  |
|---|
| SRQ EXECUTIVE STORAGE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. |

## SCHEDULING ORDER

On February 12, 2021, the parties filed a joint status report in which they report that they are engaged in the "claims book" process and intend to engage in discussions regarding the potential for stipulations on title.  The parties seek additional time to allow these discussions to take place and propose filing another joint status report on March 26, 2021 to apprise the Court of developments and propose a schedule for further proceedings in this case.  *See* ECF No. 43.

The Court agrees with the parties' proposal.  The parties shall file a joint status report on or before March 26, 2021.

**IT IS SO ORDERED.**

 s/ Edward H. Meyers
Edward H. Meyers
Judge